NGUYEN, DAO LUYEN
03528-112
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY 42635

UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF
NEW YORK
500 PEARL ST ROOM #120
N.Y. N.Y. 10007

14cv856

CLERKS OFFICE OF THE COURT,

ON JAN. 21st I SENT MY 2255 MOTION TO THE COURT VIA CERTIFIED MAIL. IT'S TRACKING NUMBER IS

7004-0750-0002-6670-9399

THE U.S. POSTAL SERVICE VERIFIED THAT IT HAS REACHED ITS DESTINATION ON JAN. 31st, 2014.

IT'S NOW NEARLY A MONTH WENT BY AND I STILL HAVEN'T HEARD ANYTHING. WOULD YOU PLEASE LOCATE MY 2255 MOTION AND PROVIDE ME THE CASE NUMBER + (PLUS) TIME STAMP FOR MY RECORD.

I REALLY APPRECIATED YOUR HELP.

RESPECTFULLY SUBMITTED,

2-19-2014

P.S.
WOULD YOU PLEASE PROVIDE ME YOUR OFFICE TELEPHONE # SO THAT MY FAMILY CAN INQUIRE ABOUT THE STATUS OF THE APPEAL.
    THANKS.

COURT'S TEL:
( ) ___ - ____

FEB 25 2014
PRO SE OFFICE

Name: NGUYEN DAOLUAN
Reg. No. 03528-112 Unit 4A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
24 FEB 2014 PM 3 L

Pro Se Intake
2.24.2014

Office Of The Clerk
Southern District OF N.Y.
500 Pearl ST
U.S.Dist.Ct. Room#120
NEW YORK, NY 10007
United States

USM P3 SDNY

RECEIVED
2014 FEB 25 A II: II
PRO SE OFFICE